Garland Barbee
Full Name (s)

281714
Prisoner or Registration Number

21390 Old St Road 37
Street address or postal box number

Branchville IN 47614
City, State, and Zip Code

**FILED**
05/12/2021
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 3:21-cv-00079-RLY-MPB
(To be supplied by the Court)

Garland Barbee
_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

(Super. LittleJohn
Sue Henry
_____ Defendant(s)
Full name(s) (Do not use *et al.*)

### CIVIL RIGHTS COMPLAINT

**A. PARTIES**

1. I, Garland Barbee, am a citizen of Indiana
                                                                     (State)
And presently reside at 21390 Old St Rd 37 Branchville IN
                        (Mailing address or place of confinement)

2. Defendant **Supt. LittleJohn** (Name of first defendant) is a citizen of **Indiana** (State)

Whose address is **21390 Old St Rd 37 Branchville IN.**

And who is employed as **Superintendent**.

Defendant **Sue Henry** (Name of second defendant) is a citizen of **IN** (State)

Whose address is **21390 Old St Rd 37 Branchville IN.**

And who is employed as **Corrections Officer**.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet, which you should label " A PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. This cause of action is brought pursuant to (CHECK ONE)

☒ 42 U.S.C. § 1983  (applies to state prisoners)

☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) (applies to federal prisoners)

2. _____ Jurisdiction also is invoked pursuant to 28 U.S.C § 1343 (a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BREIFLY** state the background of your case.

On the 22nd of April, Officer Sue Henry used accessive force to pull me through the cup port in RHU.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegations or to list any supporting facts, continue on a blank sheet which you should label "D CAUSE OF ACTION.")

**Claim I:** On the 22nd of April, Officer Sue Henry intentionally used accesive force to pull me through the cup port in RHU.

**Supporting Facts:** (include all facts you consider important, including names of persons involved, places, and dates. Describe how each defendant is involved. State the facts in your own words without citing legal authority or argument.)

While I was already in mechincal restraints, and behind the door of a cell in RHU in Branchville Correctional Facility, Officer Sue Henry used intentional accessive force to pull me through the cup port. I announced several times to the officer before the incident, that I physicall could not put my hands through the port because of the condition of my shoulder and tightness of the cuffs around my wrist.

**Claim II.**

**Supporting Facts:** _____

_____

_____

_____

_____

_____

_____

_____

**Claim III.** _____

_____

_____

**Supporting Facts:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? _____Yes __X__ No. If your answer is "Yes," describe each lawsuit. (If there is more then one lawsuit, describe the additional lawsuit using this same format on a blank sheet, which you should label "E PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to a previous lawsuit:

   Plaintiff(s): ____N/A_____

   Defendant(s): ____N/A_____

   b. Name and location of the court and the docket number ____N/A_____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   
   ____N/A_____

   d. Issues raised: ____N/A_____

   e. Approximate date of filing lawsuit: ____N/A_____

   f. Approximate date of disposition: ____N/A_____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. _____ Yes __X__ No

If your answer is "Yes" briefly describe how relief was sought and the result.

_____

_____

3.  I have exhausted available administrative remedies. _____ Yes _X_ No If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.  If you are proceeding under 28 U.S.C. § 1915 please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous. Malicious, or for failure to state a claim upon which relief can be granted. Please describe each civil action or appeal. If there is more then one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

A. Parties to previous lawsuit:

Plaintiff(s) __N/A__

Defendant(s) __N/A__

b. Name and location of court and docket number __N/A__

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: __N/A__

e. Approximate date of disposition: __N/A__

## G. REQUEST FOR RELIEF

I request the following relief:

I would like monetary relief in the sum of 750,000.00, and the removal of the officer from duty.

_____     _____
Original signature of Attorney (if any)     Prisoner's Original Signature

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he /she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct.**

Executed at  Branchville Crtc  on  5-8-21
                        (location)              (date)

_____
**Prisoner's Original Signature**